IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY BERRY, et al.,

    Plaintiffs,                     No. CIV S-09-2643 GEB GGH PS

   vs.

CITY OF FAIRFIELD, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiffs Rodney and Ethan Berry, proceeding pro se, have requested that this action be dismissed. Defendants object to the request because it was not signed by plaintiff Ethan Berry. They also object to a dismissal without prejudice.

        Accordingly, IT IS HEREBY ORDERED that plaintiffs shall either file a dismissal *with* prejudice signed by both plaintiffs, or file an opposition to defendants' motion to dismiss by November 5, 2009.[1] Defendants may file a reply by Monday, November 9, 2009.

DATED: October 30, 2009

                                                  /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:076/Berry2643.59.wpd

---

[1] The time for filing an opposition passed on October 29, 2009; however, due to the filing of plaintiffs' request for dismissal, plaintiffs will be given extra time to file an opposition.