IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY BERRY, et al.,

    Plaintiffs,      No. CIV S-09-2643 GEB GGH PS

  vs.

CITY OF FAIRFIELD, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiffs Rodney and Ethan Berry, proceeding pro se, have requested that this action be dismissed with prejudice. Defendants have filed a consent to dismissal. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

    Accordingly, the Clerk of Court shall close this case.

DATED: November 24, 2009

                                     /s/ Gregory G. Hollows

                                 UNITED STATES MAGISTRATE JUDGE

GGH:076/Berry2643.59.wpd